# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN ASAN,<br><br>               Petitioner,<br>     vs.<br>TERRI GONZALES, Warden,<br>               Respondent. | Case No. CV 11-6544 DOC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: April 10, 2012

                                                   _____
                                                   HON. DAVID O. CARTER
                                                   UNITED STATES DISTRICT JUDGE