1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
ERVIN ASAN,

                        )   Case No. CV 11-6544 DOC (MRW)
13
                        )
                Petitioner,        )
14
        vs.             )   JUDGMENT
15
TERRI GONZALES, Warden,          )
16
                        )
                Respondent.        )
17
_____   )
18
19
        Pursuant to the Order Accepting Findings and Recommendations of the
20
United States Magistrate Judge,
21
        IT IS ADJUDGED that this action is dismissed with prejudice.
22
DATE: April 10, 2012
23
                        _____
24
                        HON. DAVID O. CARTER
                        UNITED STATES DISTRICT JUDGE
25
26
27
28